UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ANTONIO ESPEJEL,

                              Plaintiff,

              -against-

BISTRO MARKETPLACE 17, INC., dba CAFE
BISTRO, and PETER PARK and WON SUN CHUN,
individually,

                              Defendants.
```

```
GUSTAVO GUZMAN, JAVIER SOTO, and DIEGO
VIDAL,

                              Plaintiffs,

              -against-

BISTRO MARKETPLACE 17, INC., dba CAFE
BISTRO, and PETER PARK and WON SUN CHUN,
individually,

                              Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2017

16 Civ. 7205 (AT)
16 Civ. 6530 (AT)

**ORDER**

        The Court has been advised that the parties in these consolidated Fair Labor Standards Act ("FLSA") actions have reached a settlement.  ECF No. 39.  The FLSA requires that employers who violate the requirement that overtime wages be paid, pay not only the unpaid overtime compensation, but also an additional equal amount as liquidated damages.  In the event the settlement is for less than this amount, the settlement must be scrutinized by the Court to ensure that it is fair.  *See, e.g., Elliott v. Allstate Investigations, Inc.*, No. 07 Civ. 6078 (DLC), 2008 WL 728648, at *1 (S.D.N.Y. Mar. 19, 2008).

        Accordingly, it is hereby ORDERED that:

1.  The Order of Dismissal, ECF No. 40, is VACATED.
2.  The parties shall submit letters by February 12, 2018, explaining why the settlement of the Plaintiffs' FLSA claims is fair and should be approved, including whether the proposed settlement satisfies the factors set out in *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012), whether any confidentiality provision is permissible under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), and whether the proposed award of attorneys' fees is reasonable.

3.  Any pending motions are moot.  All conferences are vacated.  The trial scheduled to begin on February 27, 2018 is cancelled.

SO ORDERED.

Dated: December 12, 2017
       New York, New York

_____
ANALISA TORRES
United States District Judge