UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO ESPEJEL,

                     Plaintiff,

-against-

BISTRO MARKETPLACE 17, INC., dba CAFE BISTRO, and PETER PARK and WON SUN CHUN, individually,

                     Defendants.

GUSTAVO GUZMAN, JAVIER SOTO, and DIEGO VIDAL,

                     Plaintiffs,

-against-

BISTRO MARKETPLACE 17, INC., dba CAFE BISTRO, and PETER PARK and WON SUN CHUN, individually,

                     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2018

16 Civ. 7205 (AT)
16 Civ. 6530 (AT)

**ORDER**

ANALISA TORRES, DISTRICT JUDGE

      The Court has been advised that the parties in these consolidated Fair Labor Standards Act ("FLSA") actions have reached a settlement with Defendant Won Sun Chun. ECF No. 37, 16 Civ. 7205. The FLSA requires that employers who violate the requirement that overtime wages be paid, pay not only the unpaid overtime compensation, but also an additional equal amount as liquidated damages. In the event the settlement is for less than this amount, the settlement must be scrutinized by the Court to ensure that it is fair. *See, e.g., Elliott v. Allstate Investigations, Inc.*, No. 07 Civ. 6078, 2008 WL 728648, at *1 (S.D.N.Y. Mar. 19, 2008).

      Accordingly, it is hereby ORDERED that by **January 31, 2018**, the parties shall submit letters explaining why the settlement of the Plaintiffs' FLSA claims is fair and should be approved, including whether the proposed settlement satisfies the factors set out in *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012), whether any confidentiality provision is permissible under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), and whether the proposed award of attorneys' fees is reasonable.

The trial against the remaining Defendants shall proceed as scheduled.

SO ORDERED.

Dated: January 17, 2018
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge